# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

### INITIAL APPEARANCE CALENDAR

**13 M 799**

1) Magistrate Case Number: __13 M 799__
2) Defendant's Name: __Slattery__ (Last) __Michael__ (First) _____ (M.I.)
3) Age: _____
4) Title: __Jr.__  Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No  Other District: _____
8) Name of Interpreter used today: _____  Language: _____
9) Arraignment on complaint held: __✓__ Yes __No  Date/Time: __9/14/13__
10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: ____
11) Temporary Order of Detention Entered: __✓__  Bail Hearing set for: __9/16/13 @ 2:00 PM__
12) (a) Preliminary Hearing set for: _____; or waived: __✓__
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Lauren Elbert__
14) DEFENSE COUNSEL'S NAME: __Michael Padden__
    Address: _____
    Bar Code: _____ CJA: __ FDNY: __✓__ RET: __
    Telephone Number: (   ) _____
15) LOG #: ____ ( __Saturday Arr.__ ) MAG. JUDGE: __Lindsay__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS ____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE