# CALENDAR MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Joan Azrack    **DATE:** 9/16/13

**DOCKET NUMBER:** 13 m 799    **LOG #:** 2:32 - 2:44

**DEFENDANT'S NAME:** Michael Glattery

✓ Present ___ Not Present ✓ Custody ___ Bail

**DEFENSE COUNSEL:** Michael Padden

___ Federal Defender ___ CJA ___ Retained

**A.U.S.A:** Lauren Elbert    **DEPUTY CLERK:** G Mynen

**INTERPRETER:** _____ (Language) _____

__Detention__ Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start___ Stop___

___ Order of Speedy Trial entered. Code Type___ Start___ Stop___

___ Defendant's first appearance. ___Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** Defense counsel