# CALENDAR - MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Joan Azrack     **DATE:** 9/18/13

**DOCKET NUMBER:** 13 m 799     **LOG #:** 2:30 - 2:44

**DEFENDANT'S NAME:** Michael Glattery Jr.

   ✓ Present    ___ Not Present    ___ Custody    ___ Bail

**DEFENSE COUNSEL:** Michael Padden

   ✓ Federal Defender    ___ CJA    ___ Retained

**A.U.S.A:** Lauren Elbert     **DEPUTY CLERK:** G Mynen

**INTERPRETER:** _____ (Language) _____

**Detention** Hearing held. _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered. Code Type ____ Start ____ Stop ____

____ Order of Speedy Trial entered. Code Type ____ Start ____ Stop ____

____ Defendant's first appearance. ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** Court ruled insufficient bail package presented. Order of detention entered w/o prejudice.