UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA

              - v -

MICHAEL SLATTERY, JR.

              Defendants.
---------------------------------------------------------------X

**NOTICE OF APPEARANCE**
September 26, 2013
Docket No.: 2:13mj-0079-ARL

Judge: Arlene R. Lindsay

Please take notice that Hochheiser & Hochheiser, LLP--by Lawrence Hochheiser, Esq.--has been retained by and appears for DEFENDANT MICHAEL SLATTERY, JR. for all purposes. I was admitted to practice in this district in 1972.

Dated: New York, New York
       September 26, 2013

                                  Yours, etc.

                                  HOCHHEISER & HOCHHEISER LLP

                                  By: _____
                                     Lawrence Hochheiser (LH 8782)
                                  Attorney for Defendant
                                  MICHAEL SLATTERY, JR.
                                  15 Maiden Lane, Suite 1500
                                  New York, NY 10038
                                  Phone: (212) 689-4343 Main
                                           **(643) 863-4250 Direct**
                                  Fax:    (212) 481-3424 Gen
                                           **(643) 863-4251 Direct**
                                  E-Mail: lh@hochheiser.com
                                  E-Mail: LawHoc@yahoo.com

TO:   CLERK OF THE COURT
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, NY 11201