F.#2013R01615

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

MICHAEL SLATTERY, JR.,

         Defendant.

- - - - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

13-M-799


      Please take notice that Assistant United States

Attorney Julia Nestor hereby enters her appearance in the above-

captioned matter.  The Clerk of the Court is respectfully

requested to ensure that all future ECF notifications are sent to

the email address set forth below.

Dated:    Brooklyn, New York
          September 26, 2013

                                  Respectfully submitted,

                                  LORETTA E. LYNCH
                                  United States Attorney
                                  Eastern District of New York

           By:            /s/
                                  Julia Nestor
                                  Assistant U.S. Attorney
                                  Eastern District of New York
                                  271 Cadman Plaza East
                                  Brooklyn, New York 11201
                                  Julia.Nestor@usdoj.gov
                                  Tel: (718) 254-6297
                                  Fax: (718) 254-6076

cc:  Clerk of the Court (by ECF)